FILED

05/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0039

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0039

_____

MONTANANS AGAINST IRRESPONSIBLE
DENSIFICATION, LLC,

      Plaintiff and Appellee,

  v.

STATE OF MONTANA,

      Defendant and Appellant.

ORDER

_____

Ari S. Bargil, of Miami, Florida, has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner is currently in good standing with another state jurisdiction in which Petitioner is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Petitioner and the third appearance of Petitioner's firm under the pro hac vice rules, with good cause showing under Rule VI(C),

IT IS HEREBY ORDERED that the application of Ari S. Bargil to appear pro hac vice in the above-entitled cause is GRANTED.

The Clerk is directed to provide copies of this order to Ari S. Bargil, to all counsel of record in this appeal, and to the State Bar of Montana.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 10 2024